**DISMISS; and Opinion Filed July 1, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00282-CV

**RODERICK JOHNSON, Appellant**
**V.**
**DALLAS INDEPENDENT SCHOOL DISTRICT AND**
**MICHAEL L. WILLIAMS, TEXAS COMMISSIONER OF EDUCATION, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00004**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that he no longer desires to pursue this appeal. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

160282F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RODERICK JOHNSON, Appellant

No. 05-16-00282-CV       V.

DALLAS INDEPENDENT SCHOOL
DISTRICT AND
MICHAEL L. WILLIAMS,
TEXAS COMMISSIONER OF
EDUCATION, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-00004.
Opinion delivered by Justice Brown.
Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS INDEPENDENT SCHOOL DISTRICT AND MICHAEL L. WILLIAMS, TEXAS COMMISSIONER OF EDUCATION recover their costs of this appeal from appellant RODERICK JOHNSON.

Judgment entered this 1st day of July, 2016.